NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**QUINCY MAGEE,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2022-1362

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-01715-DAT, Judge David A. Tapp.

---

## O R D E R

In response to the court's February 23, 2022 order to file either the court's docketing fee or a motion for leave to proceed *in forma pauperis*, Quincy Magee submits a non-responsive "documentation of employment with the Postal Service" (ECF No. 7).

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal is dismissed for failure to pay the docketing fee.  *See* Fed. Cir. R. 52(d).

FOR THE COURT

May 5, 2022                              /s/ Peter R. Marksteiner
        Date                            Peter R. Marksteiner
                                        Clerk of Court

ISSUED AS A MANDATE: May 5, 2022